UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL L. DUNCAN,<br><br>  Plaintiff,<br><br>  v.<br><br>DR. WANG, et al.,<br><br>  Defendants. | Case No.: 1:13-cv-01153 – AWI – JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>(Doc. 4) |

   Plaintiff Jamaal L. Duncan ("Plaintiff") is a state prisoner proceeding *pro se* with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 5, 2013, the Court ordered Plaintiff to notify the Court whether he wished to proceed on his cognizable claims or to file an amended complaint within 21 days. (Doc. 4).  More than 21 days have passed and Plaintiff has failed to file an amended complaint or notify the Court how he wishes to proceed on his cognizable claims.

   The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986).  A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g*. Ferdik v.

1

Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, Plaintiff is **ORDERED** to show cause within **14 days** of the date of service of this Order why the action should not be dismissed for his failure comply with the Court's order. Should Plaintiff fail to comply with this order, the Court will issue findings and recommendations that this matter be dismissed. In the alternative, during the same 14-day period, Plaintiff may notify the Court whether he wishes to proceed on his cognizable claims or file an amended complaint.

IT IS SO ORDERED.

Dated:   **September 4, 2013**              /s/ Jennifer L. Thurston
                                                                          UNITED STATES MAGISTRATE JUDGE