UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMAAL L. DUNCAN, | ) | Case No.: 1:13-cv-01153 – AWI – JLT (PC) |
| Plaintiff, | ) ) | ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE DISMISSED FOR PLAINTIFF'S FAILURE TO PAY THE FILING FEE |
| v. | ) ) | |
| KIM, et al., | ) ) | |
| Defendant. | ) ) ) | (Doc. 3). |

Plaintiff ("Plaintiff") is a federal prisoner proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  On July 29, 2013, the Court ordered plaintiff to submit his application to proceed *in forma pauperis* or to pay the $400.00 filing fee for this action within 45 days. (Doc. 3).  More than 45 days have passed and Plaintiff has failed to comply with the Court's order.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide, "[f]ailure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. Thompson v. Housing Authority of Los Angeles, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g*. Ferdik v.

1

Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order requiring amendment of complaint); Malone v. U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); Henderson v. Duncan, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Plaintiff is advised that this will be the Court's **FINAL** order for Plaintiff to submit his application to proceed *in forma pauperis* or to pay the $400.00 filing fee.  Should Plaintiff fail to comply with this order, the Court will issue findings and recommendations that this matter be dismissed.

**ORDER**

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff **SHALL** submit his application to proceed *in forma pauperis* or pay the $400.00 filing fee within **14 DAYS** of the date of service of this Order; and
2. The Clerk of the Court is **DIRECTED** to provide Plaintiff with the form for the *in forma pauperis* application.

IT IS SO ORDERED.

Dated:   **September 19, 2013**        **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE