UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL L. DUNCAN,<br><br>        Plaintiff,<br><br>    v.<br><br>M.D. DR. KIM, et al.,<br><br>        Defendants. | 1:13-cv-01153-AWI-JLT (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 10) |

   Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On September 19, 2013, an order to show cause as to why the action should not be dismissed for Plaintiff's failure to pay the filing fee in this action.  (Doc. 10.)  Plaintiff requested, received and complied with, an extension of time to file his response to the order to show cause.  (Doc. 10, 11, 12, 14.)  Plaintiff's response adequately illustrated difficulties he experienced in obtaining his trust account document to submit for in forma pauperis status in this action.  (Doc. 14.)  Further, Plaintiff has submitted the appropriate documentation and has been granted in forma pauperis status in this action.

///

///

///

1

Accordingly, it is HEREBY ORDERED that the order to show cause has been satisfied and is DISCHARGED.

IT IS SO ORDERED.

Dated:   **November 26, 2013**                             **/s/ Jennifer L. Thurston**
                                                                          UNITED STATES MAGISTRATE JUDGE