1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT
9          EASTERN DISTRICT OF CALIFORNIA
10

11   JAMAAL L. DUNCAN,                          1:13-cv-01153-AWI-JLT (PC)

12                    Plaintiff,
                                                ORDER GRANTING DEFENDANTS
13          v.                                  REQUEST FOR CLARIFICATION RE
                                                DEADLINE TO FILE EXHAUSTION MOTION
14   M.D. DR. KIM, et al.,
                                                (Doc. 26)
15                    Defendants.

16

17

18          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

19   1983.  On April 24, 2014, Defendants filed a request for clarification of the discovery and

20   scheduling order regarding the deadline to file a motion asserting the exhaustion defense.  In light

21   of *Albino v. Baca*, No. 10-55702, 2014 WL 1317141, at *1, 4 (9th Cir. Apr. 3, 2014) (en banc),

22   Defendants request that they be allowed to file an exhaustion motion under Rule 56 of the Federal

23   Rules of Civil Procedure on or before October 23, 2014 -- the current deadline for dispositive

24   motions.

25   ///

26   ///

27   ///

28
                                                1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Accordingly, good cause having been presented, it is HEREBY ORDERED that the discovery and scheduling order is HEREBY MODIFIED to allow filing of motions for exhaustion on or before October 23, 2014.

IT IS SO ORDERED.

Dated:   **April 29, 2014**                          **/s/ Jennifer L. Thurston**
                                                                                 UNITED STATES MAGISTRATE JUDGE

2