# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMALL L. DUNCAN,<br><br>            Plaintiff,<br><br>     v.<br><br>DR. WANG, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:13-cv-01153-AWI-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 17) |

Plaintiff, Jamall L. Duncan ("Plaintiff"), is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On January 9, 2014, the Magistrate Judge filed a Findings and Recommendations which contained notice to Plaintiff that Objections to the Findings and Recommendations were to be filed within thirty days.  Plaintiff filed objections.  (Docs. 20.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. the Findings and Recommendations, filed on January 9, 2014 (Doc. 17), is adopted in full;

1      2.      This action is to proceed on Plaintiff's claims for deliberate indifference to his serious medical needs in violation of the Eighth Amendment against Nurse Reynoso and Nurse Doe; and

2      3.      All other defendants and claims are dismissed with prejudice.

IT IS SO ORDERED.

Dated:   June 30, 2014

_____
SENIOR DISTRICT JUDGE