# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL L. DUNCAN,<br><br>             Plaintiff,<br><br>      v.<br><br>KIM, MD, et al.,<br><br>             Defendants. | 1:13-cv-01153-AWI-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY THE MOTION TO COMPEL SHOULD NOT AND THAT THE MATTER SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**<br><br>**(Doc. 34)**<br><br>**21-DAY DEADLINE** |

   Plaintiff is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983 that he filed on July 25, 2013. This action is proceeding on Plaintiff's First Amended Complaint (Doc. 9) against Defendants Nurse Reynoso and Nurse Doe for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment of the United States Constitution. (Doc. 17.)

   On August 20, 2014, Defendant Reynoso filed a motion to compel Plaintiff to respond to interrogatories and requests for the production of documents. Fed. R. Civ. P. 37(a)(3)(B). Plaintiff has not filed a response to the motion. Local Rule 230(*l*).

   Accordingly, the Court HEREBY ORDERS as follows:

   1.     **Within 21 days** from the date of service of this order, Plaintiff shall show cause why Defendant's motion should not be granted and Plaintiff shall show cause why this action should not be dismissed, with prejudice, for his failure to prosecute.

1

**Plaintiff is advised that his failure to respond to this order will result in dismissal of this action, with prejudice.**

IT IS SO ORDERED.

Dated: **October 2, 2014**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE