# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMAAL L. DUNCAN,**<br><br>        Plaintiff,<br><br>    v.<br><br>**KIM, et al.,**<br><br>        Defendants. | Case No. 1:13-cv-01153<br><br>**ORDER GRANTING DEFENDANT'S REQUEST TO TAKE PLAINTIFF'S DEPOSITION BY VIDEOCONFERENCE**<br><br>**(Doc. 38)** |

   Defendant Reynoso has moved to take the deposition of Plaintiff Jamaal L. Duncan (T-62525) by videoconference.

   For good cause shown, IT IS ORDERED that Defendant Reynoso's request is GRANTED. Defendant Reynoso may conduct Plaintiff's deposition by videoconference.  Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain video conferencing equipment if it is not already available.

IT IS SO ORDERED.

   Dated:    **November 5, 2014**                    /s/ Jennifer L. Thurston
                                                      UNITED STATES MAGISTRATE JUDGE