# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAAL L. DUNCAN,<br><br>          Plaintiff,<br><br>     v.<br><br>M.D. DR. KIM, et al.,<br><br>          Defendants. | 1:13-cv-01153-AWI-JLT (PC)<br><br>ORDER GRANTING DEFENDANT'S WITHDRAWAL OF MOTION TO COMPEL AND DISCHARGING ORDER TO SHOW CAUSE<br><br>(Docs. 34, 36, 39) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 2, 2014, an order issued for Plaintiff to show cause as to why the action should not be dismissed for Plaintiff's failure to file an opposition to Defendant's motion to compel discovery responses. (Doc. 10.) Plaintiff failed to file a response. However, on November 3, 2014, Defendant filed a notice of withdrawal of the motion to compel indicating that Plaintiff's responses to propounded discovery had been received. (Doc. 10, 11, 12, 14.)

While the basis for the order to show cause has been obviated, Plaintiff is admonished of his duty to respond to motions filed by the defendants in this action and to respond when ordered to do so by this Court.

Accordingly, it is HEREBY ORDERED that Defendant's request to withdraw the motion to compel discovery responses, filed November 3, 2014 (Doc. 39), is GRANTED, Defendants'

motion to compel, filed August 20, 2014 (Doc. 34) is deemed WITHDRAWN, and the order to show cause, which issued on October 2, 2014 (Doc. 36), is DISCHARGED.

IT IS SO ORDERED.

    Dated:   **November 5, 2014**                   **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE